UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Erin Siegal McIntyre**, <br>     219 Carrol Hall, Campus Box #3365 <br>     Chapel Hill, NC 27559 <br>         *Plaintiff*, <br>   v. <br><br> **U.S. Customs and Border Protection**, <br>     1300 Pennsylvania Ave. NW <br>     Washington, DC 20229, <br>         *Defendant*. | Civil Action No. |

## COMPLAINT

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, et seq., seeking production of records responsive to six separate requests submitted to United States Customs and Border Protection.

**Jurisdiction and Venue**

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendants under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201(a), and 2202.

3. Venue is appropriate in this Court under 5 U.S.C. §(a)(4)(B) and 28 U.S.C. §1391.

## Parties

4. Plaintiff Erin Siegal McIntyre is an award-winning journalist and photographer and an Assistant Professor at the University of North Carolina Hussman School of Journalism and Media. Her work has appeared in the New Yorker, the Atlantic, the New York Times, Rolling Stone, Latino USA, and various other media outlets.

5. Ms. Siegal McIntyre's work has largely focused on border issues, transnational organized crime syndicates, and foreign policy.

6. Defendant United States Customs and Border Protection ("CBP") is an agency of the United States Department of Homeland Security and an agency under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 701. Defendant CBP has possession, custody, and control of records sought by Ms. Siegal McIntyre.

## Ms. Siegal McIntyre's Unanswered FOIA Requests

### A. First FOIA Request, CBP-2020-013324

7. In 2017, several CBP agents stationed at the Newark Airport were charged criminally with assaulting fellow agents in hazing rituals that included use of what was known as a "rape table."

8. News reports revealed that these hazing assaults had gone on for years.

9. To investigate, on November 18, 2019, Ms. Siegal McIntyre submitted a FOIA request to CBP for all documents related to complaints and complaint investigations related to the Border Patrol Training Academy between the years 1990 and the present.

10. As a member of the media, Ms. Siegal McIntyre also sought a fee waiver.

11. CBP assigned tracking number CBP-2020-013324 and requested that she narrow the scope of her request.

12. Ms. Siegal McIntyre narrowed the request to only documents from 1990 - 2000 and 2013 – present.

13. Over the course of December, 2019 and January, 2020, Ms. Siegal McIntyre and CBP had verbal conversations further pinpointing the scope of the request.

14. Since then, CBP has not responded to Ms. Siegal McIntyre with documents or any other substantive response.

**B.  Second Request, CBP-2020-013867**

15. Ms. Siegal McIntyre's second FOIA request was submitted on November 19, 2019 and sought all documents into the use of "rape tables" and hazing rituals in the CBP, from 2009 to the present.

16. As a member of the media, Ms. Siegal McIntyre also sought a fee waiver.

17. CBP assigned this request tracking number CBP-2020-013867.

18. Since then, CBP has not responded to Ms. Siegal McIntyre with documents or any other substantive response.

### C. Third Request, CBP-2018-022410

19. On January 10, 2018, Ms. Siegal McIntyre submitted a FOIA request to the Department of Homeland Security ("DHS") asking for all correspondence between the Trump transition team and DHS related to building a wall along the U.S. Mexico border, between the dates of Jan 1, 2005 and Jan 31, 2017.

20. DHS assigned this request tracking number 2017-HQFO-00244 and notified Ms. Siegal McIntyre that 116 pages of records were assigned to CBP for review and redaction.

21. CBP assigned this request tracking number CBP-2018-022410.

22. While CBP notified Ms. Siegal McIntyre that records were available on the FOIA portal for downloading, whenever she has tried to access those records, the portal says that she is not authorized to access that page.

23. Ms. Siegal McIntyre has emailed CBP asking for instructions or help and has not received any response.

### D. Fourth Request, CBP-2021-083027

24. Ms. Siegal McIntyres's fourth FOIA request, submitted on July 12, 2021, sought copies of the 50 oldest outstanding FOIA requests made to CBP.

25. As a member of the media, Ms. Siegal McIntyre also sought a fee waiver.

26. CBP assigned this request tracking number CBP-2021-083027 and denied the fee waiver request.

27. Since then, CBP has not responded to Ms. Siegal McIntyre with documents or any other substantive response.

E. **Fifth Request, CBP-2021-083125**

28. Ms. Siegal McIntyre's fifth FOIA request was submitted on July 12, 2021 and sought the CBP FOIA logs for 2017 until the present.

29. CBP assigned this request tracking number CBP-2021-083125.

30. CBP has not responded to Ms. Siegal McIntyre with documents or any other substantive response.

F. **Sixth Request, CBP-2021-083132**

31. Also on July 12, 2021, Ms. Siegal McIntyre filed her sixth FOIA request for CBP organizational charts for years 2010 – 2021.

32. Ms. Siegal McIntyre requested a fee waiver, as she is a member of the news media.

33. CBP assigned this request tracking number CBP-2021-083132, changed the tracking number to CBP-HRM-2021-083132, and then changed it back to CBP-2021-083132.

34. CBP ruled that this request was not billable and therefore the fee waiver request did not apply.

35. CBP has not otherwise responded to Ms. Siegal McIntyre with documents or any other substantive response.

## Claims

36. CBP wrongly withheld documents responsive to Ms. Siegal McIntyre's six FOIA requests.

37. Ms. Siegal McIntyre has a statutory right to the records she seeks, and there is no basis for CBP to withhold them.

38. As a result, by failing to release the records specifically requested by Ms. Siegal McIntyre, CBP has violated FOIA.

## Requested Relief

Ms. Siegal McIntyre therefore respectfully requests that this Court:

1. Declare that the records sought by Ms. Siegal McIntyre are subject to FOIA,
2. Declare that Ms. Siegal McIntyre is entitled to a fee waiver,
3. Order CBP to disclose the requested records,
4. Award costs and attorneys' fees under 5 U.S.C. § 552 (a)(4)(E), and
5. Grant any other relief that the Court considers just and proper.

Respectfully submitted,                    /s/ Deborah M. Golden
                                          Deborah M. Golden, D.C. Bar #470578
                                          The Law Office of Deborah M. Golden
                                          700 Pennsylvania Ave. SE, 2nd Floor
                                          Washington, D.C.  20003
                                          Telephone: (202) 630-0332
                                          dgolden@debgoldenlaw.com

                                          *Counsel for Plaintiff*

Dated: December 2, 2021