UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>   *Plaintiff*,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>   *Defendant*. | Civil Action No. 21-3157 (BAH) |

**JOINT STATUS REPORT**

Now come the parties in the above captioned FOIA matter, by and through undersigned counsel, and submit this Joint Status Report pursuant to the Minute Order of this Court dated March 7, 2023.

Plaintiff filed her complaint on December 2, 2021, seeking documents from Defendant with respect to six FOIA requests. Defendant filed its answer on February 10, 2022. Undersigned counsel has consulted with the Agency regarding the six requests. Defendant previously reported that it had submitted a final response to one of the six requests, CBP-2018-022410.

On June 7, 2022, Defendant submitted to Plaintiff a final response to a second request, CBP-2021-083125.

The parties have been cooperating with respect to this production and the narrowing of requests. On June 6, 2022, Plaintiff agreed to drop request CBP-2021-083027. With regards to requests CBP-2020-013324 and CBP-2020-013867, Plaintiff agreed to initially look at spreadsheets instead of full reports of investigation, and then hopefully be able to narrow the full ROIs of interest to her. Defendant provided the spreadsheets to Plaintiff. Plaintiff has reviewed them and determined that the request cannot be narrowed. Defendant is therefore collecting all

responsive Reports of Investigation as listed on the spreadsheets and is in the process of applying appropriate redactions. There are approximately 2,600 pages and 13 videos regarding request CBP-2020-013867.

Regarding request CBP-2021-083132, Defendant released those records to Plaintiff on March 9, 2023.

The parties are cooperating and they do not see the need at this time for Court intervention.

The parties respectfully request that another status report be filed on August 3, 2023, to update the court on the status.

| | |
|---|---|
| May 3, 2023 | Respectfully submitted, |

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/  Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorney for Defendant*

/s/ Deborah M. Golden
Law Office of Deborah M. Golden
700 Pennsylvania Ave, SE
2nd Floor
Washington, D.C. 20003
(202) 630-0332
dgolden@debgoldenlaw.com

*Attorney for Plaintiff*