UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    *Defendant*. | Civil Action No. 21-3157 (BAH) |

## JOINT STATUS REPORT

Now come the parties in the above captioned FOIA matter, by and through undersigned counsel, and submit this Joint Status Report pursuant to the Minute Order of this Court dated May 6, 2024.

Plaintiff filed her complaint on December 2, 2021, seeking documents from Defendant with respect to six FOIA requests. Defendant filed its answer on February 10, 2022. Undersigned counsel has consulted with the Agency regarding the six requests. Defendant previously reported that it had submitted final responses to three of the six requests, CBP-2018-022410, CBP-2021-083125, and CBP-2021-083132

The parties have been cooperating with respect to this production and the narrowing of requests. On June 6, 2022, Plaintiff agreed to drop request CBP-2021-083027.

Regarding requests CBP-2020-013324 and CBP-2020-013867, Plaintiff agreed to initially look at spreadsheets instead of full reports of investigation, and then hopefully be able to narrow the full ROIs of interest to her. Defendant provided the spreadsheets to Plaintiff. Plaintiff reviewed them and determined that the request cannot be narrowed. Defendant is therefore collecting all responsive Reports of Investigation as listed on the spreadsheets and is in the process

of applying appropriate redactions. For request 2020-013867 there are 2,600 pages of records and 13 videos.

The parties respectfully request that another status report be filed on November 5, 2024, to update the court on the status.

| | |
|---|---|
| August 5, 2024 | Respectfully submitted, |
| | |
| MATTHEW M. GRAVES | */s/ Deborah M. Golden* |
| D.C. Bar No. 481052 | Law Office of Deborah M. Golden |
| United States Attorney | 700 Pennsylvania Ave, SE |
| | 2nd Floor |
| BRIAN P. HUDAK | Washington, D.C. 20003 |
| Chief, Civil Division | (202) 630-0332 |
| | dgolden@debgoldenlaw.com |
| */s/ Thomas W. Duffey* | |
| THOMAS W. DUFFEY | *Attorney for Plaintiff* |
| Assistant United States Attorney | |
| Civil Division | |
| 601 D Street, NW | |
| Washington, D.C. 20530 | |
| (202) 252-2510 | |
| Thomas.duffey@usdoj.gov | |
| *Attorney for the United States* | |