**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIN SIEGAL MCINTYRE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 21-3157 (BAH) |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| *Defendant.* | |

## JOINT STATUS REPORT

Now come the parties in the above captioned FOIA matter, by and through undersigned counsel, and submit this Joint Status Report pursuant to the Minute Order of this Court dated April 10, 2025.

Plaintiff filed her complaint on December 2, 2021, seeking documents from Defendant with respect to six FOIA requests. Defendant filed its answer on February 10, 2022. Undersigned counsel has consulted with the Agency regarding the six requests. Defendant previously reported that it had submitted final responses to three of the six requests, CBP-2018-022410, CBP-2021-083125, and CBP-2021-083132.

The parties have been cooperating with respect to this production and the narrowing of requests. On June 6, 2022, Plaintiff agreed to drop request CBP-2021-083027.

Regarding requests CBP-2020-013324 and CBP-2020-013867, Plaintiff agreed to initially look at spreadsheets instead of full reports of investigation, and then hopefully be able to narrow the full ROIs of interest to her. Defendant provided the spreadsheets to Plaintiff. Plaintiff reviewed them and determined that the request cannot be narrowed. Defendant is therefore collecting all responsive Reports of Investigation as listed on the spreadsheets and is in the process

1

of applying appropriate redactions.

Seventy-four (74) pages for request 2020-013324 were released on November 15, 2024. On March 4, 2025, the Agency provided the third and final interim release of documents—two hundred twenty-five (225) pages—responsive to request 2020-013324.  There are also videos which will require processing and redactions by the Agency's video team and will be released as they are completed.

Processing continues on the documents for request 2020-013867.  The Agency will begin producing those as the fourth interim response as processing and redactions are completed.  For request 2020-013867, there are 2,600 pages of records and 13 videos.

The parties respectfully request that another status report be filed on August 11, 2025, to update the Court on the status.

June 9, 2025                                                      Respectfully submitted,

JEANINE FERRIS PIRRO                       */s/ Chelsea T. Kelly*
United States Attorney                          Chelsea T. Kelly (D.C. Bar No. 1045673)
                                                            DAVIS WRIGHT TREMAINE LLP
                                                            1301 K Street NW, Suite 500 East
                                                            Washington, D.C. 20005
*/s/   Thomas W. Duffey*                       (202) 973-4200
THOMAS W. DUFFEY
Assistant United States Attorney
Civil Division                                        Caitlyn Cowan Courtney (admitted *pro hac*
601 D Street, NW                                 *vice*)
Washington, D.C. 20530                       920 Fifth Avenue, Suite 3300
(202) 252-2510                                    Seattle, WA 98104
Thomas.duffey@usdoj.gov                 (206) 622-3150
                                                            caitlyncourtney@dwt.com
*Attorney for the United States*

                                                            *Attorneys for Plaintiff*