UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>  *Plaintiff*,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>  *Defendant*. | Civil Action No. 21-3157 (BAH) |

**JOINT STATUS REPORT**

Now come the parties in the above captioned FOIA matter, by and through undersigned counsel, and submit this Joint Status Report pursuant to the Minute Order of this Court dated June 10, 2025.

Plaintiff filed her complaint on December 2, 2021, seeking documents from Defendant with respect to six FOIA requests. Defendant filed its answer on February 10, 2022. Undersigned counsel has consulted with the Agency regarding the six requests. Defendant previously reported that it had submitted final responses to three of the six requests, CBP-2018-022410, CBP-2021-083125, and CBP-2021-083132.

The parties have been cooperating with respect to this production and the narrowing of requests. On June 6, 2022, Plaintiff agreed to drop request CBP-2021-083027.

Regarding requests CBP-2020-013324 and CBP-2020-013867, Plaintiff agreed to initially look at spreadsheets instead of full reports of investigation, and then hopefully be able to narrow the full ROIs of interest to her. Defendant provided the spreadsheets to Plaintiff. Plaintiff reviewed them and determined that the request cannot be narrowed. Defendant is therefore collecting all responsive Reports of Investigation as listed on the spreadsheets and is in the process

of applying appropriate redactions.

Seventy-four (74) pages for request 2020-013324 were released on November 15, 2024. On March 4, 2025, the Agency provided the third and final interim release of documents—two hundred twenty-five (225) pages—responsive to request 2020-013324. There are also videos which will require processing and redactions by the Agency's video team and will be released as they are completed.

Processing continues on the documents for request 2020-013867. The Agency will begin producing those as the fourth interim response as processing and redactions are completed. For request 2020-013867, there are 2,600 pages of records and 13 videos.

The parties respectfully request that another status report be filed on October 13, 2025, to update the Court on the status.

| August 11, 2025 | Respectfully submitted, |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney | */s/ Chelsea T. Kelly*<br>Chelsea T. Kelly (D.C. Bar No. 1045673)<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East<br>Washington, D.C. 20005<br>(202) 973-4200 |
| */s/    Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>Civil Division<br>601 D Street, NW<br>Washington, D.C. 20530<br>(202) 252-2510<br>Thomas.duffey@usdoj.gov | Caitlyn Cowan Courtney (admitted *pro hac vice*)<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 622-3150<br>caitlyncourtney@dwt.com |
| *Attorney for the United States* | *Attorneys for Plaintiff* |