UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SIEGAL MCINTYRE,

    *Plaintiff*,

    v.

U.S. CUSTOMS AND BORDER PROTECTION,

    *Defendant.*

Civil Action No. 21-3157 (BAH)

## JOINT STATUS REPORT

Now come the parties in the above captioned FOIA matter, by and through undersigned counsel, and submit this Joint Status Report pursuant to the Minute Order of this Court dated August 15, 2025.

Plaintiff filed her complaint on December 2, 2021, seeking documents from Defendant with respect to six FOIA requests. Defendant filed its answer on February 10, 2022. Undersigned counsel has consulted with the Agency regarding the six requests. Defendant previously reported that it had submitted final responses to three of the six requests, CBP-2018-022410, CBP-2021-083125, and CBP-2021-083132.

The parties have been cooperating with respect to this production and the narrowing of the remaining requests. On June 6, 2022, Plaintiff agreed to drop request CBP-2021-083027.

Regarding requests CBP-2020-013324 and CBP-2020-013867, Plaintiff agreed to initially look at spreadsheets instead of full reports of investigation, and then hopefully be able to narrow the full ROIs of interest to her. Defendant provided the spreadsheets to Plaintiff. Plaintiff reviewed them and determined that the request cannot be narrowed. Defendant is therefore collecting all responsive Reports of Investigation as listed on the spreadsheets and is in the process

1

of applying appropriate redactions.

Seventy-four (74) pages for request 2020-013324 were released on November 15, 2024. On March 4, 2025, the Agency provided the third and final interim release of documents—two hundred twenty-five (225) pages—responsive to request 2020-013324. There are also 62 video and audio files totaling approximately 30 hours, which will require processing and redactions by the Agency's video team and will be released as they are completed. Based on current resources and conflicting litigation deadlines, the Agency estimates it is able to produce 15-20 minutes of video/audio per month. CBP FOIA has completed initial redactions on the first videos, and they have been submitted for review. The Agency is endeavoring to start their releases on a rolling basis beginning by the end of this month.

Processing continues on the documents for request 2020-013867, for which there are 2,724 pages of records and 10 videos. Processing had been delayed due to staffing changes and resource limitations, but an interim release of approximately 131 pages is anticipated to be released in September 2025. The interim release is expected to also advise Plaintiff that there are 1,496 duplicate pages and 149 non-responsive pages. Following that interim release there will be approximately 948 pages and 10 videos remaining to be processed. The Agency is endeavoring to complete the document production within four months.

Pursuant to the Court's August 15, 2025 Minute Order, the parties will submit the next joint status report on or before October 3, 2025, to update the Court on the status.

September 3, 2025

    JEANINE FERRIS PIRRO
    United States Attorney

    */s/   Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney

Respectfully submitted,

*/s/ Chelsea T. Kelly*
Chelsea T. Kelly (D.C. Bar No. 1045673)
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4200

| | |
|---|---|
| Civil Division<br>601 D Street, NW<br>Washington, D.C. 20530<br>(202) 252-2510<br>Thomas.duffey@usdoj.gov<br><br>*Attorney for the United States* | Caitlyn Cowan Courtney (admitted *pro hac vice*)<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 622-3150<br>caitlyncourtney@dwt.com<br><br>*Attorneys for Plaintiff* |