**DavisWright Tremaine LLP**

23rd Floor
50 California Street
San Francisco, CA 94111

**Thomas R. Burke**
415-276-6552 tel
415-276-6559 fax

thomasburke@dwt.com

April 8, 2026

**_By ECF_**

The Honorable Beryl A. Howell
United States District Court of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:**   *Erin Siegal McIntyre v. US Customs and Border Protection*,
No. 1:21-cv-03157-BAH – Appearances for April 17, 2026 Status Conference

Dear Judge Howell:

I am lead counsel for Plaintiff Erin Siegal McIntyre in the above-captioned action, accompanied by my colleagues and attorneys of record Chelsea Kelly and Caitlyn Courtney. I write in relation to the Court's April 6, 2026 minute order directing the parties to appear for an in-person status conference on April 17, 2026 at 9:30 a.m.

Chelsea Kelly will appear in person, along with Ms. Siegal McIntyre. Caitlyn Courtney and I respectfully request leave to appear remotely via videoconference or teleconference. Ms. Courtney and I are located on the West Coast. This request is made in good faith and not for purposes of delay.

Thank you for your consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

Thomas R. Burke

cc:    All counsel of record (via ECF)