

920 5th Avenue
Suite 3300
Seattle, WA 98104-1610

**Caitlyn Courtney**
Tel: (206) 757-8296
caitlyncourtney@dwt.com

April 15, 2026

*By ECF*

The Honorable Beryl A. Howell
United States District Court of the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    *Erin Siegal McIntyre v. US Customs and Border Protection* (No. 1:21-cv-03157-BAH)
         April 17, 2026 9:30am ET Status Conference

Dear Judge Howell:

We represent Plaintiff Erin Siegal McIntyre in the above-captioned action. We write in relation to the upcoming status conference on April 17, 2026 at 9:30 a.m., to provide written detail on the first two topics for discussion listed in the Court's April 6, 2026 minute order.

### Summary from Plaintiff of the Preliminary Issues with Defendant's Redactions and Withholdings to Date

*Deficiencies Regarding Reports of Investigation.* In response to Requests CBP 2020-013324 and CBP 2020-013867, Defendant agreed to produce responsive Reports of Investigation from two September 2022 lists. Defendant has not reviewed all the agreed Reports of Investigation. For the few Reports Plaintiff received, Defendant redacted entire emails under Exemptions (b)(6) and (b)(7)(C), which only protect personally identifying information.

*Deficiencies Regarding Roster of Graduates.* In response to Request CBP 2022-074414, Defendant produced a roster of graduates from a Border Patrol training program. The roster Plaintiff received is overly redacted under inapplicable Exemptions (b)(7)(E) and (b)(7)(F).

### Efforts by Plaintiff to Expedite Resolution, Including a Narrowing Proposal

On December 4, 2025, via emailed letter to Defendant's counsel (attached as **Exhibit A**), Plaintiff laid out the deficiencies listed above and requested that Defendant: (1) provide an overview of the records left to be reviewed, to ensure the parties are aligned; (2) review and produce all remaining responsive Reports of Investigation; and (3) re-process the roster of graduates. Plaintiff requested Defendant's commitments to these three actions by December 19, 2025. Ex. A at 3. Defendant and Defendant's counsel have not committed or otherwise engaged, other than to coordinate joint status reports at our request. *See* **Exhibit B**.

April 15, 2026
Page 2

       In the last joint status report, Defendant and Defendant's counsel cited the "ongoing DHS funding hiatus" for the "delay in Defendant's ability to commit personnel and resources to review and produce all responsive Reports of Investigation," as well as "staffing" and "other competing priorities and litigations" for their delay in other respects.  Dkt. 41 at 3, 5.  In recent weeks, many courts, including one in this District, have rejected the Government's requests for relief from preexisting FOIA schedules based on the lapse in DHS funding.[1]

                       Respectfully submitted,

                       DAVIS WRIGHT TREMAINE LLP

                       Caitlyn Courtney
                       Thomas Burke
                       Chelsea Kelly

cc:     All counsel of record (via ECF)

---

[1] *See Robert F. Kennedy Hum. Rts. v. U.S. Dep't of Homeland Sec., et al.*, No. 25-CV-6541 (JMF), 2026 WL 937016, at *3 (S.D.N.Y. Apr. 7, 2026) (collecting cases); March 5, 2026 Minute Order on Dkt. 15, *Democracy Forward Found. v. U.S. Dep't of Homeland Sec.*, No. 25-CV-4089 (AHA) (D.D.C. Mar. 5, 2026) (denying March 3, 2026 motion to stay case or extend deadlines pending lapse in appropriations to DHS).