# EXHIBIT A

| | |
|---|---|
| **From:** | Courtney, Caitlyn |
| **Sent:** | Thursday, December 4, 2025 1:06 PM |
| **To:** | Duffey, Thomas (USADC) |
| **Cc:** | Burke, Thomas; Kelly, Chelsea; Rubio, Ryan; Courtney, Caitlyn |
| **Subject:** | McIntyre v. US CBP (21-3157) - Letter re Productions |
| **Attachments:** | 2025-12-04 T. Burke Ltr. to T. Duffey re No. 21-3157.pdf |

Hi Tom,

Please see attached regarding the productions in *Erin Siegal McIntyre v. U.S. Customs and Border Protection*, No. 21-3157.

Thanks,
Caitlyn



**Caitlyn Cowan Courtney**
**Associate |** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610

**DWT.COM**   in

1



23rd Floor
50 California Street
San Francisco, CA 94111

**Thomas R. Burke**
415-276-6552 tel
415-276-6559 fax

thomasburke@dwt.com

December 4, 2025

*Via electronic mail only*
*thomas.duffey@usdoj.gov*

Thomas Duffey
Assistant United States Attorney
United States Attorney's Office, District Court of the District of Columbia
601 D Street, NW
Washington, D.C. 20530

**Re:    FOIA Production in *Erin Siegal McIntyre v. US Customs and Border Protection*, No. 1:21-cv-03157-BAH (D.C. Dist.)**

Dear Mr. Duffey:

On behalf of Erin Siegal McIntyre, we write to request that the government review and revise its collection, processing, and production to align with the parties' September 2022 agreement in this FOIA litigation.  The agency's productions to date are incomplete and improperly redacted.  Without correction, Ms. McIntyre anticipates remaining production(s) will be similarly insufficient.

Since September 13, 2022, the agency has reviewed almost 3,000 pages of documents and produced just over 400 pages, most of which are not responsive to Ms. McIntyre's requests or in alignment with the parties' prior agreement.  The production also reflects overbroad redactions under Exemptions (b)(6), (b)(7)(C), and (b)(7)(E)–(F).  Ms. McIntyre highlights these concerns now to allow the agency to address them before deeming review and production complete, and hopefully obviate the parties' need for motion practice.

***Deficiencies Regarding Reports of Investigation.***  In response to Requests CBP 2020-013324 and CBP 2020-013867, the agency agreed to produce all responsive Reports of Investigation as listed on the spreadsheets originally provided on September 13, 2022 and September 7, 2022, respectively.  In the May 8, 2023 draft Joint Status Report the agency acknowledged there were approximately 60,000 pages covering 614 Reports of Investigation responsive to Request CBP 2020-013324 alone.  Yet the agency has failed to review, and Ms. McIntyre has failed to receive, anything close to that.  The few Reports she has received contain inappropriate redactions hindering their usefulness.  Specifically, the agency has redacted a variety of information under Exemptions (b)(6) and (b)(7)(C).  Those exemptions apply only to information that would constitute a clearly unwarranted invasion of an individual's personal privacy.  That is, they

DWT.COM

Thomas Duffey
United States Attorney's Office
December 4, 2025
Page 2

protect personally identifying information such as names, addresses, phone numbers, and social security numbers.  They do not allow for wholesale redaction of emails, as currently applied.

***Deficiencies Regarding Roster of Graduates.***  In response to Request CBP 2022-074414, the agency produced a roster of graduates from the Border Patrol training program at the Federal Law Enforcement Training Center in Artesia, New Mexico.  Like the few Reports of Investigation the agency has produced, the roster Ms. McIntyre received is overly redacted and does not contain graduate information for 2023 and 2024, rendering it incomplete.   For the redactions specifically, the agency redacted the class start and finish dates for the listed graduates, asserting Exemptions (b)(7)(E) and (b)(7)(F).  Those exemptions apply only to records compiled for law-enforcement purposes (E) whose disclosure would reveal techniques or procedures or guidelines whose release could reasonably be expected to risk circumvention of the law and (F) that could reasonably be expected to endanger the life or physical safety of an individual.  The agency has not (and cannot) make the showing that class start and finish dates for graduates would reveal techniques, procedures, or guidelines or endanger the life or physical safety of any graduate.

***Proposed Next Steps.***  To address these deficiencies, Ms. McIntyre requests that the agency:

1.  Provide a general overview of the approximately 1,327 pages of records and 10 videos left to be reviewed, to ensure they are within the scope of Ms. McIntyre's requests and the parties' September 2022 agreement;

2.  Review and produce all responsive Reports of Investigation listed on the spreadsheets originally provided by the agency in September 2022, as agreed to and reflected in the parties' Joint Status Reports to the Court; and

3.  Re-process the roster of graduates in response to Request CBP 2022-074414 to include the class start and finish dates for the listed graduates, as well as 2023 and 2024 graduates.

Please confirm the agency's commitment to these actions by December 19, 2025.  We appreciate that the government shutdown may affect this deadline, and we are prepared to appropriately extend it if necessary.

We look forward to your prompt response.

Sincerely,

Davis Wright Tremaine LLP

Thomas R. Burke
Caitlyn C. Courtney