# EXHIBIT B

| | |
|---|---|
| **From:** | Courtney, Caitlyn |
| **Sent:** | Monday, April 13, 2026 11:34 AM |
| **To:** | 'Duffey, Thomas (USADC)' |
| **Cc:** | Burke, Thomas; Kelly, Chelsea |
| **Subject:** | RE: Siegal McIntyre v. US CBP (21-3157) - 12.4.25 Letter |

Hi Tom,

Okay.  Do you have 10-15 minutes to chat tomorrow or Wednesday?

Best,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, April 13, 2026 11:32 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - 12.4.25 Letter

**[EXTERNAL]**

Hello Courtney.  I'm waiting for some information but the DHS shutdown and resulting furloughs has made it difficult.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, April 13, 2026 2:14 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - 12.4.25 Letter

Hi Tom,

Following up again.  Please let me know times you're available for a call this week, so that we can hopefully align before Friday's 9:30am ET conference with the Court.

Best,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Monday, March 23, 2026 7:24 AM
**To:** Thomas Duffey <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - 12.4.25 Letter

Hi Tom,

When can we expect a response from CBP to our December 4 letter (reattached)?  The proposed approach at the end of the letter aims to streamline the outstanding issues and save both Parties' time and expense moving forward.

We would like to make meaningful progress before the next JSR on April 17.  And I see from the last JSR you will be out April 1 to 10.  I hope you're headed somewhere fun.

Please let me know your thoughts before April 1.

Best,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Friday, March 6, 2026 1:43 PM
**To:** Thomas Duffey <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** Re: Siegal McIntyre v. US CBP (21-3157) - Fri, 3.6 JSR

Tom - I assume you'll file but please let us know if otherwise.

Sent from my iPhone

> On Mar 6, 2026, at 11:57 AM, Courtney, Caitlyn <CaitlynCourtney@dwt.com> wrote:
>
>
> Hi Tom – Some tracked edits in the attached.  Good to file once those are accepted.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Friday, March 6, 2026 11:20 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Fri, 3.6 JSR

**[EXTERNAL]**

Here is a draft of the JSR.

Tom

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Friday, March 6, 2026 10:58 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Fri, 3.6 JSR

Tom – Following up on the below.  Any update from the Agency?

I am out of the office after 4pm ET today and would like to get the JSR on file before then.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Thursday, March 5, 2026 11:34 AM
**To:** 'Duffey, Thomas (USADC)' <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Fri, 3.6 JSR

Hi Tom,

We have another JSR due in 21-3157 tomorrow.

Before we circulate our proposal, is there any update from the Agency?  The last JSR noted the Agency would endeavor to provide a response to our December 5 letter by last Friday, February 27.

Best,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Wednesday, February 4, 2026 1:54 PM
**To:** 'Duffey, Thomas (USADC)' <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Tom – One small edit from me in redline.  Then good to file.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Wednesday, February 4, 2026 12:00 PM
**To:** 'Duffey, Thomas (USADC)' <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Thanks, Tom.  Headed into an hour long meeting but will review right after.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 11:56 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

**[EXTERNAL]**

---

Sorry, forgot the attachment.

Tom

4

**From:** Duffey, Thomas (USADC)
**Sent:** Wednesday, February 4, 2026 2:37 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Here is the draft JSR.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Wednesday, February 4, 2026 12:58 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Thank you, Tom.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, February 4, 2026 9:56 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

**[EXTERNAL]**

I am awaiting updates from the agency.  I am at a mediation, working on breaks, but will get it to you as soon as I can

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Wednesday, February 4, 2026 12:30 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Tom – Our JSR is due today.  Please provide an update by 2pm ET so we can draft our portion of the JSR.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Tuesday, February 3, 2026 1:04 PM
**To:** 'Duffey, Thomas (USADC)' <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom – Following up again.  Our next JSR is due tomorrow.  Please advise so we can draft our portion of the JSR accordingly.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Thursday, January 29, 2026 10:41 AM
**To:** 'Duffey, Thomas (USADC)' <Thomas.Duffey@usdoj.gov>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>; Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom,

Through the January 5 JSR, you all advised the Court that the Agency endeavored to provide a response to our December 5 letter by January 23.  *See* Dkt. 39 at 3.  We have not received anything from you or the Agency.

Our next JSR is due Wednesday, February 4 (six days from now).  Please provide the Agency's response or, at minimum, a timing update.

Thank you,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Monday, January 5, 2026 3:32 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>; Kelly, Chelsea <ChelseaKelly@dwt.com>
**Cc:** Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom – Please file however you see fit.  Thanks.

6

**Caitlyn Cowan Courtney**
Associate, Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, January 5, 2026 3:23 PM
**To:** Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

**[EXTERNAL]**

Hello Chelsea.  I just received additional information from the agency, see attached.  I could file the attached as a supplemental or amended JSR.  My additions are redlined.  Let me know.  Regards,

Tom

---

**From:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Sent:** Monday, January 5, 2026 5:05 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Shoemaker, Teresa <TeresaShoemaker@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom,

Your edits look fine to us.  Will you be filing or would you like us to?  If you want us to, let us know if we have your permission to add your signature.

Thanks,
Chelsea

**Chelsea Kelly**
Counsel, Davis Wright Tremaine LLP

**P** 202.973.4250  **C** 703.850.6317  **E** chelseakelly@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, January 5, 2026 4:53 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

**[EXTERNAL]**

Here is a draft with my edits.

tom

**From:** Duffey, Thomas (USADC)
**Sent:** Monday, January 5, 2026 3:36 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

I'll get you a revised draft shortly

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, January 5, 2026 11:58 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Thanks, Tom.  We'll stay tuned.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, January 5, 2026 8:33 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

**[EXTERNAL]**

Waiting for some info.

tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, January 5, 2026 11:29 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom – Following up on the below.  Our next JSR in 21-3157 is due today.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Monday, December 22, 2025 7:31 AM

8

**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Mon, 1.5 JSR

Hi Tom,

I'm attaching a draft JSR for 21-3157, due Monday, January 5—with a placeholder for the agency's updates.  Sending now given the intervening holidays.

Relatedly, we never heard back from you regarding our December 4 letter (reattached here).  Please let us know the agency's response as soon as possible, ideally by the January 5 JSR response deadline given the Court's last Minute Order.

Thank you,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Tuesday, November 25, 2025 12:35 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

**[EXTERNAL]**

Thanks.  Given the holidays I will move the next JSR deadline to Monday, January 5.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Tuesday, November 25, 2025 3:32 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

Hi Tom,

There is an extra "responsive" on page 2 (the second one):

<image001.png>

With that nit, this looks good to me.  Just to flag: I am going to be out of the country starting December 23 to January 2.  I am comfortable with moving the JSR deadline up or back a bit to account for that.

Thank you,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Tuesday, November 25, 2025 3:27 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

**[EXTERNAL]**

Hi Caitlyn.  Here is the JSR with some proposed edits.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Tuesday, November 25, 2025 3:08 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

Hi Tom,

I'm sorry to pester, especially today.  Any update on the JSR due today?

Thanks,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Monday, November 24, 2025 6:34 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

Thank you, Tom.  I am very sorry for your loss.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, November 24, 2025 6:26 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

**[EXTERNAL]**

Hello Caitlyn.  I have sent the draft on to the Agency for their input.  I am going to a funeral tomorrow but will be working remotely the rest of the day and we'll get this on file.  I will be in contact tomorrow.  Regards,

Tom

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, November 24, 2025 1:48 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP (21-3157) - Tue, 11.25 JSR

Hi Tom,

Our next JSR is due tomorrow, November 25 (per D.C. District Court order, October 3, 2025 + 43-day shutdown + 10 days).  I've attached a proposal, in line with our prior JSRs and CBP's October 8 interim response.

Please let us know your thoughts and we can get this on file tomorrow.

Thanks,
Caitlyn

---

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Thursday, October 2, 2025 3:00 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** Siegal McIntyre v. US CBP (21-3157) - Extension of 10.3 JSR Deadline

11

Hi Tom,

I hope you're hanging in with the shutdown.  My sister-in-law is an AUSA and my husband is in the Navy (and just deployed today), so we're feeling the pain of the uncertainty as well.

I'm reaching out regarding the October 3 JSR deadline in 21-3157.  I presume, given the attached order from the D.C. District Court staying civil proceedings, that you all are proceeding with the understanding that our JSR deadline is extended due to the lapse in appropriations.

Please confirm that understanding and let me know if you would like to discuss.

Thank you,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Wednesday, September 3, 2025 2:18 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Fine by me.  Clear to file when you're ready.  Thanks, Tom.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, September 3, 2025 2:16 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Hi Caitlyn.  I added some additional information on a production timeline.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Wednesday, September 3, 2025 4:03 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom – This looks good.  Can you please file?

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, September 3, 2025 12:56 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Hi Caitlyn.  Attached is a draft.

tom

---

**From:** Duffey, Thomas (USADC)
**Sent:** Wednesday, September 3, 2025 3:29 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Waiting for some additional info.

Tom

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Wednesday, September 3, 2025 2:50 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom – Anything from the Agency yet?

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Tuesday, September 2, 2025 3:31 PM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Hello Caitlyn.  I will get a draft to you as soon as I get info from the Agency.

Tom

13

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Tuesday, September 2, 2025 11:29 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>; Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom,

Per the attached, we have another JSR due in 21-3157 **tomorrow, September 3**.  We think it makes the most for sense for you all to draft requirements 1-3 and the first half of 4 (i.e., summary of total number of records produced to date).  We can then add in the second half of 4 (plaintiff's communications to defendants of any initial concerns or objections as to any withholdings and if so, defendant's responses regarding any such communications).

Please let us know your thoughts as soon as you have a moment.

Thanks,
Caitlyn


**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Courtney, Caitlyn
**Sent:** Monday, August 11, 2025 10:57 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Great.  Thank you.


**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, August 11, 2025 10:56 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

No edits.  I will file.

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, August 11, 2025 11:17 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Thanks, Tom.  Any edits to the JSR?


**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, August 11, 2025 8:15 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Hello Caitlyn.  Thanks,  I am awaiting info from the Agency.

Tom

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, August 11, 2025 11:04 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom,

We have another JSR due today.  I've attached a draft.  Please let us know of any edits.

Also, please provide an update on the status of the videos responsive to request 2020-013324, as well as the review/production for request 2020-013867.

Thank you,
Caitlyn


**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, June 9, 2025 11:50 AM

15

**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Here is the draft JSR with an updated signature block.  You can file.

tom

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, June 9, 2025 11:01 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Great.  Thank you, Tom.

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, June 9, 2025 7:57 AM
**To:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** RE: JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

Hi Caitlyn.  Received.  I am waiting to see if there are any updates from the Agency.

Tom

---

**From:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Sent:** Monday, June 9, 2025 10:40 AM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** [EXTERNAL] JSR Due Today - Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom,

Following up on the below and attached re: the next JSR in 21-3157, <u>due today</u>.

Thanks,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

16

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Courtney, Caitlyn
**Sent:** Wednesday, June 4, 2025 10:51 AM
**To:** Thomas.Duffey@usdoj.gov
**Cc:** Kelly, Chelsea <ChelseaKelly@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom,

We have another JSR due on Monday, June 9.  I've attached a draft.  Please let us know of any edits.

Also, please provide an update on the status of the videos responsive to request 2020-013324, as well as the review/production for request 2020-013867.

Best,
Caitlyn

**Caitlyn Cowan Courtney**
**Associate,** Davis Wright Tremaine LLP

**P** 206.757.8296  **C** 206.866.4521  **E** caitlyncourtney@dwt.com
**A** 920 5th Avenue, Suite 3300, Seattle, WA 98104-1610
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Monday, April 7, 2025 6:00 PM
**To:** Feder, Eric <EricFeder@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

---

Hello Eric.  The March 4, 2025 release was the final release for 013324.  I have not heard back yet on the status of 013867.  I have attached a draft of the JSR.  Regards,

tom

---

**From:** Feder, Eric <EricFeder@dwt.com>
**Sent:** Monday, April 7, 2025 3:15 PM
**To:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Cc:** Courtney, Caitlyn <CaitlynCourtney@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP - 21-cv-3157

Tom:
I believe we have another JSR due today.  We've made some updates to a draft JSR that reflects recent developments, but there are some open questions that we wanted to run by you, indicated in the "comments" in the margins.  Please let us know the government's response on those issues, and any further edits you have.

17

Thanks,
Eric

**Eric Feder**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4273  **E** ericfeder@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, February 5, 2025 5:20 PM
**To:** Feder, Eric <EricFeder@dwt.com>
**Cc:** Cowan, Caitlyn <CaitlynCowan@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

---

Ok, I will add your signature block.

Tom

---

**From:** Feder, Eric <EricFeder@dwt.com>
**Sent:** Wednesday, February 5, 2025 4:43 PM
**To:** Duffey, Thomas (USADC) <TDuffey@usa.doj.gov>
**Cc:** Cowan, Caitlyn <CaitlynCowan@dwt.com>
**Subject:** [EXTERNAL] RE: Siegal McIntyre v. US CBP - 21-cv-3157

Hi Tom –
We are okay for this to be filed.  As I mentioned in my initial email, we are in the process of getting fully up to speed on the status of the pending requests at issue in this case.  Once we do, I think a further conversation may be helpful, so we will reach out.

Thanks,
Eric

**Eric Feder**
**Partner,** Davis Wright Tremaine LLP

**P** 202.973.4273  **E** ericfeder@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005
**DWT.COM**

---

**From:** Duffey, Thomas (USADC) <Thomas.Duffey@usdoj.gov>
**Sent:** Wednesday, February 5, 2025 2:03 PM
**To:** Feder, Eric <EricFeder@dwt.com>
**Cc:** Cowan, Caitlyn <CaitlynCowan@dwt.com>
**Subject:** RE: Siegal McIntyre v. US CBP - 21-cv-3157

**[EXTERNAL]**

---

Sorry, I sent the attached JSR, due today, to Deb Golden.

Tom

---

**From:** Feder, Eric <EricFeder@dwt.com>
**Sent:** Tuesday, February 4, 2025 3:48 PM
**To:** Duffey, Thomas (USADC) <TDuffey@usa.doj.gov>
**Cc:** Cowan, Caitlyn <CaitlynCowan@dwt.com>
**Subject:** [EXTERNAL] Siegal McIntyre v. US CBP - 21-cv-3157

Mr. Duffey:

As you may have seen, my colleague Caitlyn Cowan (copied here) and I are now representing the plaintiff in this case.  (I anticipate that her prior counsel will be filing a notice of withdrawal soon.)  I see on the docket that there is a joint status report due tomorrow.  We are still getting up to speed on the case - can you please send a draft JSR from the government's perspective, and we can revise as necessary?  I look forward to working with you, and hope that we can sort through the open issues as much as possible.

Thanks,
Eric

<image002.png>**Eric Feder**
**Partner |** Davis Wright Tremaine LLP
**P** 202.973.4273  **E** ericfeder@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**      <image003.png><image004.png>

<21-3157 Draft JSR 3 6 26_DWT edits.docx>