**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br>*Plaintiff*,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION,<br>*Defendant.* | Civil Action No. 21-cv-3157 (BAH) |

**DECLARATION OF PATRICK J. CURRAN JR.**

I, Patrick J. Curran Jr., pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am counsel at the law firm of Davis Wright Tremaine LLP, attorneys for Plaintiff Erin Siegal McIntyre in the above-captioned matter.

2. I submit this declaration in order to attach a document relevant to the parties' October 1, 2026 joint status report.

3. Attached hereto as **Exhibit A** is the September 16, 2026 communication from Customs and Border Protection to Plaintiff regarding the status of the agency's productions in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2026, in Washington, D.C.

By: *_/s/ Patrick J. Curran Jr._*
Patrick J. Curran Jr.