UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al,<br><br>Defendants. | Civil Action No. 21-3157 (BAH) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Rachel Knight and remove the appearance of Assistant United States Attorney Thomas Duffey as counsel for Defendants in the above-captioned case.

Dated: October 16, 2026

Respectfully submitted,

By: *s/ Rachel Knight*

RACHEL KNIGHT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 679-6161

*Attorney for the United States of America*